# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR333** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **FRANCISCO J. MARTINEZ,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's pro se motion to reduce his sentence as a result of the recent amendments to the crack cocaine sentencing guidelines (Filing No. 93).

The Defendant's case involved actual methamphetamine and did not involve crack cocaine. (Filing No. 1.) Therefore,

IT IS ORDERED that the Defendant's motion to reduce his sentence as a result of the recent amendments to the crack cocaine sentencing guidelines (Filing No. 93) is denied.

DATED this 1st of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge